IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:08cr236-MHT |
| ALFRED BERNARD JONES | ) | (WO) |

OPINION AND ORDER

Following the passage of the Fair Sentencing Act of 2010, Pub. L. 111-220, and the United States Sentencing Commission's issuance of retroactive sentencing guidelines for crack cocaine cases, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence. Upon consideration of the Retroactivity Screening Panel, entered this date, and after and independent and de novo review of the record, it is ORDERED that defendant Alfred Bernard Jones should not receive a reduction in sentence pursuant to the Fair Sentencing Act of 2010.

DONE, this the 26th day of March, 2012.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE